AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Ricky James Shepard, aka Rickey James Shepard | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.    4:24-cv-289-MGL |
| Warden Kershaw Correctional Institution | ) | |
| *Respondent* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____
recover costs from the petitioner *(name)* _____ .

■  other: This Petition is dismissed without prejudice and without requiring Warden to file a Return. A
certificate of appealability is denied.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge who adopted the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

ROBIN L. BLUME
*CLERK OF COURT*

Date:    February 28, 2024

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*